FILED
JUL 20 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) No. |
| vs. | ) ) |
| DUAN LEON REGANS, | ) **4:16CR00319 AGF/JMB** |
| Defendant. | ) ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 16, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**DUAN LEON REGANS,**

the Defendant herein, with intent to cause death and serious bodily harm, took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2015 Nissan Sentra, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119, and punishable under Title 18, Untied States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about May 16, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**DUAN LEON REGANS,**

the Defendant herein, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, that is, armed carjacking, in violation of Title 18, United States Code, Section 2119.

In violation of Title 18, United States Code, Sections 924(c)(1), and punishable under Title

18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

The Grand Jury further charges that:

On or about May 16, 2016, in the City of St. Louis, within the Eastern District of Missouri,

**DUAN LEON REGANS,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney